# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA f/u/b/o:**
**Advanced Electrical Installations, Inc.,**

        **Plaintiff,**

**-vs-**             **Case No. 6:05-cv-664-Orl-22DAB**

**KELLOGG BROWN & ROOT, INC.;**
**KELLOGG BROWN & ROOT SERVICES,**
**INC., d/b/a: Kellogg Brown and Root, d/b/a:**
**Brown and Root Services Corporation,**
**d/b/a: Brown and Root Services, A Division**
**of Kellogg Brown & Root, Inc.; and**
**AMERICAN MANUFACTURERS**
**MUTUAL INSURANCE COMPANY,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STAY CASE (Doc. No. 16)**
>
> **FILED:** July 11, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The matter is more properly raised as an affirmative defense to liability under the contract. As Defendant has filed an Answer which asserts this defense, and as the motion itself provides no evidentiary support and little legal authority for a stay under these circumstances, the motion is

**denied, without prejudice** to the adjudication of the merits vel non of the defense, in the normal course.

   **DONE** and **ORDERED** in Orlando, Florida on August 8, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record